## Gerwell, Appellant, v. Blockus.

Argued November 17, 1972. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

582

*Joseph J. Musto,* with him *Bedford, Waller, Griffith, Darling and Mitchell,* for appellant.

*John E. O'Connor,* with him *Flanagan, Doran, Biscontini & Shaffer,* for appellees.

OPINION PER CURIAM, January 19, 1973:
Decree affirmed. Costs to be equally divided.
Mr. Chief Justice JONES took no part in the consideration or decision of this appeal.